# Exhibit 1

## Depiction of the Site

Ace Black Ranches: Owyhee County, Idaho



Ace Black Ranches: Owyhee County, Idaho

