ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

NATALIE BAUGHMAN, District of Columbia Bar No. 997075
JEFFREY HAMMONS, District of Columbia Bar No. 1615376
Trial Attorneys
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 353-5027 (Baughman);
(202) 598-6925 (Hammons)
Facsimile: (202) 514-8865
Email: Natalie.Baughman@usdoj.gov;
Jeffrey.Hammons@usdoj.gov

JOSHUA D. HURWIT, Idaho State Bar No. 9527
United States Attorney

CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

*Attorneys for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ACE BLACK RANCHES, LLP,<br><br>                    Defendant. | Case No. 1:24-cv-00113-DCN<br><br>**UNITED STATES' UNOPPOSED MOTION FOR 60-DAY ABEYANCE** |

Plaintiff United States of America respectfully moves the Court to hold this matter in abeyance for 60 days to allow staff at the United States Department of Justice (DOJ) and the United States Environmental Protection Agency (EPA) to coordinate and brief new leadership on the details of this case. Defendant Ace Black Ranches, LLP, does not oppose.

1. This is a civil action against Ace Black Ranches, LLP (ABR), under Section 309 of the Clean Water Act. 33 U.S.C. § 1319. The United States alleges that ABR discharged and is

United States' Unopposed Motion for
60-Day Abeyance

continuing to discharge pollutants to waters of the United States in violation of Section 301 of the Clean Water Act, 33 U.S.C. § 1311.

2.      As the Court is aware, a new presidential administration took office on January 20, 2025. DOJ and EPA staff need time to coordinate and brief new administration officials about the issues raised in this case.

3.      To undertake that coordination and briefing, the United States requests that the Court hold this case in abeyance for 60 days.

4.      This Court "has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *Snake River Waterkeeper v. J.R. Simplot Co.*, No. 1:23-CV-00239-DCN, 2023 WL 5748152, at *3 (D. Idaho Sept. 6, 2023) (citing *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). In determining whether an abeyance is appropriate, this Court weighs competing interests, including "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *CMAX, Inc.*, 300 F.2d at 268; *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254-255 (1936).

5.      Courts routinely grant stays or abeyance where, as here, there is a change in administration. *See, e.g.*, Order (Docket Entry No. 20), *American Free Enterprise Chamber of Commerce v. EPA*, Case No. 25-89 (9th Cir. Feb. 19, 2025) (staying challenge to agency action following change in administration); Order (Docket Entry No. 13), *Alaska Community Action on Toxics v. EPA*, Case No. 21-70168 (9th Cir. Apr. 6, 2021) (same).

6.      Abeyance will not prejudice the parties and could preserve the resources of the parties and the Court. Good cause thus exists for the requested abeyance.

7. Counsel for the United States conferred with counsel for ABR. ABR does not oppose this motion.

8. For the foregoing reasons, the Court should place this matter in abeyance for 60 days. A proposed order is attached to this motion and will be emailed to chambers.

Dated: March 24, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

JOSHUA D. HURWIT
United States Attorney

CHRISTINE G. ENGLAND
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

/s/ *Jeffrey Hammons*
NATALIE BAUGHMAN
JEFFREY HAMMONS
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 353-5027 (Baughman)
(202) 598-6925 (Hammons)
(202) 514-8865 (Fax)
Natalie.Baughman@usdoj.gov
Jeffrey.Hammons@usdoj.gov


OF COUNSEL:
PATRICK JOHNSON
Senior Water Law Attorney
United States Environmental Protection Agency

United States' Unopposed Motion for
60-Day Abeyance

Region 10, Alaska Operations Office
222 West 7th Avenue, No. 19
Anchorage, AK 99513
(907) 271-3914
Johnson.Patrick@epa.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing United States' Unopposed Motion for 60-Day Abeyance has been filed with the Clerk of the Court for the United States District Court for the District of Idaho this 24th day of March 2025, using the CM/ECF System, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Jeffrey Hammons*
JEFFREY HAMMONS