ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

NATALIE BAUGHMAN, District of
Columbia Bar No. 997075
JEFFREY HAMMONS, District of Columbia
Bar No. 1615376
MARIO A. LUNA, District of Columbia Bar
No. 90006479
Trial Attorneys
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 353-5027 (Baughman);
(202) 598-6925 (Hammons); (202) 305-0733
(Luna)
Facsimile: (202) 514-8865
Email: Natalie.Baughman@usdoj.gov;
Jeffrey.Hammons@usdoj.gov;
Mario.Luna@usdoj.gov

CHRISTINE G. ENGLAND, Idaho State Bar
No. 11390
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

*Attorneys for Plaintiff United States of
America*

SONYA J. SHEA, California Bar. No. 305917
Senior Attorney
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street; South Terrace; Suite 370
Denver, CO 80202
Telephone: (303) 844-7231 (Shea)
Email: Sonya.Shea@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   v.<br><br>ACE BLACK RANCHES, LLP,<br><br>                        Defendant. | Case No. 1:24-cv-00113-DCN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** |

Notice of Withdrawal of Counsel

Please take notice that Jeffrey Hammons hereby withdraws as counsel for Plaintiff United States of America in the above-captioned case. Plaintiff remains represented by Sonya Shea, Natalie Baughman, Mario Luna, and Christine England.

Dated: April 14, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

JUSTIN D. WHATCOTT
Acting United States Attorney

CHRISTINE G. ENGLAND
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

/s/ *Jeffrey Hammons*
NATALIE BAUGHMAN
JEFFREY HAMMONS
MARIO A. LUNA
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 353-5027 (Baughman)
(202) 598-6925 (Hammons)
(202) 305-0733 (Luna)
(202) 514-8865 (Fax)
Natalie.Baughman@usdoj.gov
Jeffrey.Hammons@usdoj.gov
Mario.Luna@usdoj.gov

SONYA J. SHEA
Senior Attorney
United States Department of Justice
Environment & Natural Resources Division

Notice of Withdrawal of Counsel

2

999 18th Street; South Terrace; Suite 370
Denver, CO 80202
(303) 844-7231
Sonya.Shea@usdoj.gov

OF COUNSEL:
PATRICK JOHNSON
Senior Water Law Attorney
United States Environmental Protection Agency
Region 10, Alaska Operations Office
222 West 7th Avenue, No. 19
Anchorage, AK 99513
(907) 271-3914
Johnson.Patrick@epa.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Clerk of the Court for the United States District Court for the District of Idaho on April 14, 2025, using the CM/ECF System, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Jeffrey Hammons*
JEFFREY HAMMONS