ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

NATALIE BAUGHMAN, District of Columbia Bar No. 997075
MARIO ALFONSO LUNA, District of Columbia Bar No. 90006479
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 353-5027 (Baughman);
(202) 532-3357 (Luna)
Facsimile: (202) 514-8865
Email: Natalie.Baughman@usdoj.gov;
Mario.Luna@usdoj.gov

SONYA J. SHEA, California Bar. No. 305917
Senior Attorney
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street; North Terrace; Suite 600
Denver, CO 80202
Telephone: (303) 844-7231 (Shea)
Facsimile: (303) 844-1350
Email: Sonya.Shea@usdoj.gov

JOSHUA D. HURWIT, Idaho State Bar No. 9527
United States Attorney

CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ACE BLACK RANCHES, LLP,<br><br>                Defendant. | Case No. 1:24-cv-00113-DCN<br><br>**UNITED STATES' UNOPPOSED MOTION TO EXTEND ABEYANCE** |

1

On March 24, 2025, Plaintiff United States of America filed an unopposed motion for a 60-day abeyance to allow staff at the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") to coordinate and brief new leadership on the details of this case. Dkt. No. 24. On March 27, 2025, the Court granted the United States' unopposed motion and held proceedings in abeyance through and including May 23, 2025. Dkt. No. 26. The United States respectfully now moves the Court to extend the abeyance for an additional 90 days, until August 21, 2025, and for the Court to direct the United States to file a Status Report at the conclusion of the abeyance. Defendant Ace Black Ranches, LLP, ("ABR") does not oppose this motion.

1. This is a civil action against ABR under Section 309 of the Clean Water Act. 33 U.S.C. § 1319. The United States alleges that ABR discharged and is continuing to discharge pollutants to waters of the United States in violation of Section 301 of the Clean Water Act, 33 U.S.C. § 1311.

2. On March 12, 2025, EPA and the U.S. Department of the Army (the "Agencies") issued a memorandum providing new guidance concerning implementation of the "continuous surface connection" requirement for adjacent wetlands under the definition of "waters of the United States." *See* Attach. 1. In the same memorandum, the Agencies announced a public notice to be published in the Federal Register establishing a docket and gathering recommendations to assist the Agencies in further clarifying the definition of "waters of the United States." On March 24, 2025, that public notice appeared in the Federal Register. 90 Fed. Reg. 13,428 (Mar. 24, 2025); Attach. 2.

3. The United States respectfully requests that the Court extend the abeyance for an additional 90 days until August 21, 2025, while the Agencies' stakeholder input process moves

forward. The United States further requests that the Court direct the United States to file a status report at the conclusion of the abeyance to propose further proceedings as appropriate.

4.  This Court "has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *Snake River Waterkeeper v. J.R. Simplot Co.*, No. 1:23-CV-00239-DCN, 2023 WL 5748152, at *3 (D. Idaho Sept. 6, 2023) (citing *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). In determining whether an abeyance is appropriate, this Court weighs competing interests, including "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *CMAX, Inc.*, 300 F.2d at 268; *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254-255 (1936).

5.  Abeyance will not prejudice the parties and could preserve the resources of the parties and the Court. Good cause thus exists for the requested abeyance.

6.  Counsel for the United States conferred with counsel for ABR. ABR does not oppose this motion.

7.  For the foregoing reasons, the United States requests that the Court extend the abeyance for an additional 90 days until August 21, 2025 and direct the United States to file a status report at the conclusion of the abeyance to propose further proceedings as appropriate. A proposed order is attached to this motion and will be emailed to chambers.

Dated: May 21, 2025

                      Respectfully submitted,

                      ADAM R.F. GUSTAFSON
                      Acting Assistant Attorney General

                      JOSHUA D. HURWIT

United States Attorney

CHRISTINE G. ENGLAND
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

/s/ *Natalie Baughman*
NATALIE BAUGHMAN
MARIO A. LUNA
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 353-5027 (Baughman)
(202) 532-3357 (Luna)
(202) 514-8865 (Fax)
Natalie.Baughman@usdoj.gov
Mario.Luna@usdoj.gov

SONYA J. SHEA
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street; North Terrace; Suite 600
Denver, CO 80202
(303) 844-7231 (Shea)
(303) 844-1350 (Fax)
Sonya.Shea@usdoj.gov

OF COUNSEL:
PATRICK JOHNSON
Senior Water Law Attorney
United States Environmental Protection Agency
Region 10, Alaska Operations Office
222 West 7th Avenue, No. 19
Anchorage, AK 99513
(907) 271-3914
Johnson.Patrick@epa.gov

*Attorneys for Plaintiff*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **UNITED STATES' UNOPPOSED MOTION TO EXTEND ABEYANCE** has been filed with the Clerk of the Court for the United States District Court for the District of Idaho this 21st day of May 2025, using the CM/ECF System, which will electronically serve all counsel of record registered to use the CM/ECF system.


/s/ *Natalie Baughman*
NATALIE BAUGHMAN