ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MARIO ALFONSO LUNA, District of
Columbia Bar No. 90006479
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 532-3357
Facsimile: (202) 514-8865
Email: Mario.Luna@usdoj.gov

SONYA J. SHEA, California Bar. No.
305917
Senior Attorney
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street; North Terrace; Suite 600
Denver, CO 80202
Telephone: (303) 844-7231 (Shea)
Facsimile: (303) 844-1350
Email: Sonya.Shea@usdoj.gov

JOSHUA D. HURWIT, Idaho State Bar No.
9527
United States Attorney

CHRISTINE G. ENGLAND, Idaho State Bar
No. 11390
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

*Attorneys for Plaintiff United States of
America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>ACE BLACK RANCHES, LLP,<br><br>          Defendant. | Case No. 1:24-cv-00113-DCN<br><br>**UNOPPOSED MOTION TO EXTEND ABEYANCE AND STATUS REPORT** |

On May 21, 2025, Plaintiff United States of America filed an unopposed motion for a 90-day abeyance to allow the United States Environmental Protection Agency and the U.S. Department of the Army (the "Agencies") to complete a stakeholder input process seeking input

on the scope of "relatively permanent" waters, "continuous surface connection," and "jurisdictional ditches," which may be relevant to this case. *See* 90 Fed. Reg. 13428, 13430-31 (Mar. 24, 2025); Dkt. No. 30. On May 22, 2025, the Court granted the United States' unopposed motion and ordered the United States to file a status report providing an update on the stakeholder input process and proposing further proceedings as appropriate. Dkt. No. 31. As previously stated, the Agencies solicited stakeholder input to assist them in further clarifying the definition of "waters of the United States." *See* 90 Fed. Reg. at 13428. The Agencies have held nine listening sessions for various stakeholders and the public.[1] The period for the public to submit written recommendations closed on April 23, 2025. 90 Fed. Reg. at 13428. The Agencies received more than 45,000 recommendations.[2]

During the abeyance, the United States and Defendant Ace Black Ranches, LLP (collectively, the "Parties"), have engaged in settlement discussions. The United States respectfully now moves the Court to extend the abeyance for an additional 180 days, until February 17, 2026, to facilitate the Parties' continuation of settlement discussions. Ace Black Ranches does not oppose the relief sought.

1. This Court "has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *Snake River Waterkeeper v. J.R. Simplot Co.*, No. 1:23-CV-00239-DCN, 2023 WL 5748152, at *3 (D. Idaho Sept. 6, 2023) (citing *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). In determining whether an abeyance is appropriate, this Court weighs competing interests, including "the orderly course of justice measured in terms of the simplifying or

---

[1] *See* EPA, https://www.epa.gov/wotus/public-outreach-and-stakeholder-engagement-activities#wotusnotice.

[2] *See* Regulations.gov, https://www.regulations.gov/docket/EPA-HQ-OW-2025-0093.

complicating of issues, proof, and questions of law which could be expected to result from a stay." *CMAX, Inc.*, 300 F.2d at 268; *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254-255 (1936).

2.      The Parties have agreed to engage in settlement discussions in the hope of achieving a negotiated resolution to this case and have reached a tentative agreement on a schedule for the formal exchange of settlement offers that aims to reach a negotiated resolution within the next 6 months. An extension of the abeyance will allow more time to facilitate those settlement discussions. Accordingly, abeyance would best preserve the resources of the Parties and the Court. Good cause thus exists for the requested abeyance.

3.      For the foregoing reasons, the Court should extend the abeyance for an additional 180 days until February 17, 2026, and direct the United States to file a status report and proposal for further proceedings at the conclusion of the abeyance. A proposed order is attached to this motion and will be emailed to chambers.

Dated: August 21, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

JOSHUA D. HURWIT
United States Attorney

CHRISTINE G. ENGLAND
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

/s/ *Mario A. Luna*

Unopposed Motion to Extend Abeyance
and Status Report               3

MARIO A. LUNA
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 532-3357
Fax: (202) 514-8865 (Fax)
Mario.Luna@usdoj.gov

SONYA J. SHEA
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street; North Terrace; Suite 600
Denver, CO 80202
Telephone: (303) 844-7231
Fax: (303) 844-1350
Sonya.Shea@usdoj.gov

OF COUNSEL:
PATRICK JOHNSON
Senior Water Law Attorney
United States Environmental Protection Agency
Region 10, Alaska Operations Office
222 West 7th Avenue, No. 19
Anchorage, AK 99513
Telephone: (907) 271-3914
Johnson.Patrick@epa.gov

*Attorneys for Plaintiff*

Unopposed Motion to Extend Abeyance
and Status Report                    4

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **UNOPPOSED MOTION TO EXTEND ABEYANCE AND STATUS REPORT** has been filed with the Clerk of the Court for the United States District Court for the District of Idaho this 21st day of August 2025, using the CM/ECF System, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Mario A. Luna*
MARIO A. LUNA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>ACE BLACK RANCHES, LLP,<br><br>          Defendant. | Case No. 1:24-cv-00113-DCN<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND ABEYANCE** |

This matter arises under Plaintiff United States of America's Unopposed Motion to Extend Abeyance.  Dkt. _____.

IT IS HEREBY ORDERED that the Unopposed Motion (Dkt. _____) is **GRANTED**, and that all proceedings are HELD IN ABEYANCE through and including **February 17, 2026**. Upon conclusion of the abeyance, Plaintiff SHALL FILE A STATUS REPORT AND PROPOSAL FOR FURTHER PROCEEDINGS.

DATED: _____

_____
DAVID C. NYE
Chief U.S. District Court Judge

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION                    1