ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

MARIO ALFONSO LUNA, District of
Columbia Bar No. 90006479
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 532-3357
Facsimile: (202) 514-8865
Email: Mario.Luna@usdoj.gov

DANIEL MARTIN, District of Columbia Bar
No. 90034990
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 598-1869
Facsimile: (202) 514-8865
Email: Daniel.Martin3@usdoj.gov

JOSHUA D. HURWIT, Idaho State Bar No.
9527
United States Attorney

BART M. DAVIS, Idaho State Bar No. 2696
United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-9125
Facsimile: (208) 334-9375
Email: Bart.Davis@usdoj.gov

*Attorneys for Plaintiff United States of
America*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ACE BLACK RANCHES, LLP,<br><br>Defendant. | Case No. 1:24-cv-00113-DCN<br><br>**UNITED STATES' STATUS REPORT AND UNOPPOSED MOTION TO EXTEND ABEYANCE** |

On August 21, 2025, Plaintiff United States of America filed an unopposed motion for a 180-day abeyance until February 17, 2026, to allow the United States and Defendant Ace Black Ranches, LLP (collectively, the "Parties"), to continue to engage in settlement discussions.  On August 22, 2025, this Court granted that motion and ordered Plaintiff to file a status report and proposal for further proceedings upon the conclusion of the abeyance.  Plaintiff states as follows:

Despite a 43-day lapse of government appropriations that began at the end of the day on September 30, 2025, the Parties continued to engage in settlement discussions during the abeyance.  Ace Black Ranches submitted a settlement proposal to the United States on January 15, 2026.  EPA is currently reviewing that proposal and working to prepare a counteroffer, which it intends to share as soon as it is finalized and approved.  The United States respectfully now moves the Court to extend the abeyance for an additional 180 days, until August 17, 2026, to facilitate the Parties' continuing settlement discussions.  Good cause exists for a continued abeyance because it would best preserve the resources of the Parties and the Court.

This Court "has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *Snake River Waterkeeper v. J.R. Simplot Co.*, No. 1:23-CV-00239-DCN, 2023 WL 5748152, at *3 (D. Idaho Sept. 6, 2023) (citing *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).  In determining whether an abeyance is appropriate, this Court weighs competing interests, including "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay."  *CMAX, Inc.*, 300 F.2d at 268; *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254-255 (1936).

For the foregoing reasons, the Court should extend the abeyance for an additional 180 days until August 17, 2026, and direct the United States to file a status report and proposal for

United States' Status Report and
Unopposed Motion to Extend Abeyance          2

further proceedings at the conclusion of the abeyance.  A proposed order is attached to this

motion and will be emailed to chambers.

Ace Black Ranches does not oppose the relief sought.

Dated: February 17, 2026.

<div style="margin-left:45%">

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JOSHUA D. HURWIT
United States Attorney

BART M. DAVIS
United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-9125
Facsimile: (208) 334-9375
Email: Bart.Davis@usdoj.gov

/s/ *Mario A. Luna*
MARIO A. LUNA
Trial Attorney
DANIEL J. MARTIN
Senior Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 532-3357 (Luna)
             (202) 598-1869 (Martin)
Fax: (202) 514-8865 (Fax)
Mario.Luna@usdoj.gov
Daniel.Martin3@usdoj.gov

*Attorneys for Plaintiff*

</div>

OF COUNSEL:

PATRICK JOHNSON
Senior Water Law Attorney
United States Environmental
Protection Agency
Region 10, Alaska Operations Office
222 West 7th Avenue, No. 19
Anchorage, AK 99513
Telephone: (907) 271-3914
Johnson.Patrick@epa.gov

United States' Status Report and
Unopposed Motion to Extend Abeyance          3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **UNITED STATES' STATUS REPORT AND UNOPPOSED MOTION TO EXTEND ABEYANCE** has been filed with the Clerk of the Court for the United States District Court for the District of Idaho this 17th day of February 2026, using the CM/ECF System, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Mario A. Luna*
MARIO A. LUNA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

ACE BLACK RANCHES, LLP,

               Defendant.

Case No. 1:24-cv-00113-DCN

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND ABEYANCE**

This matter arises under Plaintiff United States of America's Unopposed Motion to Extend Abeyance.  Dkt. _____.

IT IS HEREBY ORDERED that the Motion (Dkt. _____) is **GRANTED**, and that all proceedings are HELD IN ABEYANCE through and including **August 17, 2026**.  Upon conclusion of the abeyance, Plaintiff SHALL FILE A STATUS REPORT AND PROPOSAL FOR FURTHER PROCEEDINGS.

DATED: _____

_____
DAVID C. NYE
Chief U.S. District Court Judge

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION          1